# EXHIBIT A

## COMCAST IP SERVICES, INC.
## CONFIDENTIALITY POLICY

I, Robert Orlowski, acknowledge that during the course of my employment with Comcast IP Services, Inc. (formerly known as Data Network Engineering and Operations) or any affiliate thereof ("Comcast" or the "Company"), I may have access to confidential, proprietary or sensitive information, including, but not limited to, (A) critical equipment, facilities and systems, (B) personally identifiable information ("PII") about the Company's customers and employees, including, but not limited to documents, records, billing and account information, (C) transmissions over the Comcast High-Speed Internet network, and (D) equipment, facilities, systems and information in connection with the development, operation, maintenance and repair of the Comcast High-Speed Internet network that may permit the collection and monitoring of PII (the above referenced information referred to collectively as "Confidential Information").

I acknowledge that the collection, use and disclosure of PII is governed by applicable law, the violation of which could subject the Company to substantial risk of liability and result in the loss of customer confidence. The collection, use and disclosure of PII is further governed by the Subscriber Agreement between the Company and its customers, the Company's Privacy Policy and, to some extent, Acceptable Use Policy.

I agree to maintain the confidentiality of all Confidential Information I receive or to which I have access. I agree not to discuss Confidential Information except as required to perform my job responsibilities and will use reasonable efforts to prevent disclosure of such information to persons who are not affiliated with the Company.

I agree not to use any Comcast equipment, facilities, systems or information to collect or monitor Confidential Information except, (A) as required to perform my job responsibilities, (B) in furtherance of the Company's business purposes and (C) in full compliance with the Company's policies and procedures governing the collection and monitoring of such information in effect from time to time.

I agree not to disclose any Confidential Information to any third party except, (A) as required to perform my job responsibilities, (B) in furtherance of the Company's business purposes and (C) in full compliance with the Company's policies and procedures governing the disclosure of such information in effect from time.

I agree not to use any Comcast equipment, facilities, systems or information or any Confidential Information for any personal reasons. I further agree not to use any Comcast equipment, facilities or systems in any manner which could cause damage to any such equipment, facilities or systems or otherwise impair the functioning thereof.

I have read and understand the Company's policy regarding Confidential Information and use of Comcast equipment, facilities, systems and information. I further understand that violation of this policy will be grounds for immediate termination.

_Robert C. Orlowski_            _7/15/2007_
Employee                                                Date